UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDRICK THON and
JANICE THON,

    Plaintiffs,

vs.                                                      Case No.: 13-cv-13365

TRANSPORT TFI 11, S.E.C., a foreign         Hon. Gershwin A. Drain
corporation, TRANSPORT TFI 2, S.E.C.,
a foreign corporation, and ROBERT           Mag. David R. Grand
ROBIDOUX, an individual, jointly and
severally,

    Defendants.
_____/
JOHN G. McNALLY (P46345)
Law Offices of John G. McNally, P.C.
Attorney for Plaintiffs
140 St. Joseph
P.O. Box 250
Trenton, MI 48183
(734) 676-3210

MARK SHREVE (P29149)
Garan Lucow Miller, P.C.
Attorney for Defendants
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600

                                                      ROBERT P. YOUNG (P35486)
                                                      Co-Counsel for Plaintiffs
                                                      400 Monroe St., Ste. 480
                                                      Detroit, MI 48226
                                                      (313) 347-8965

_____

**ORDER GRANTING IN PART DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT AS TO DISMISSING
PLAINTIFFS' CLAIMS FOR ECONOMIC LOSS DAMAGES
[DOC. NO. 90]**

This matter having come before this Court and this Court being fully advised in the premises as to the Defendants' Motion for Partial Summary Judgment as to Dismissing Plaintiff's Claims for Economic Loss Damages [Doc. No. 90];

**IT IS HEREBY ORDERED** that Defendants' Motion for Partial Summary Judgment as to Plaintiffs' Claims for Economic Loss Damages [Doc. No. 90] is granted for the reasons set forth in Defendants' Motion for Partial Summary Judgment as to Plaintiffs' Claims for Economic loss Damages, dismissing all of Plaintiffs' claims for economic loss damages from this case.

Dated: December 24, 2014

/s/ Gershwin A. Drain
HONORABLE GERSHWIN A. DRAIN
UNITED STATES DISTRICT COURT JUDGE

Approved as to Form and Substance:


s/with consent John G. McNally
JOHN G. McNALLY (P46345)
Attorney for Plaintiffs


s/with consent Robert P. Young
ROBERT P. YOUNG (P35486)
Co-Counsel for Plaintiffs


s/Mark Shreve
MARK SHREVE (P29149)
Attorney for Defendants


736555.1